

# Present Value Assessment for the Loss of Earning Capacity for Rickey Gann

**Prepared for:**     **Rickey Gann**
**Prepared by:**      **Thomas M. Roney**

**September 29, 2016**

**Physician Life Care Planning, LLC**
11550 IH-10 West, Suite 375
San Antonio Texas 78230
Phone: (210) 501-0995
Fax: (210) 501-0996

 Physician Life Care Planning™

**Physician Life Care Planning**™

## TABLE OF CONTENTS                                                        PAGE

1    Introduction ............................................................................................................... 1

2    Life Expectancy.......................................................................................................... 1

3    Work Life Expectancy................................................................................................ 2

4    Discount Rate ............................................................................................................. 2

5    Growth Of Earnings.................................................................................................... 3

6    Taxes .......................................................................................................................... 4

7    Computed Economic Loss of past Earning Capacity.................................................. 5

8    Summary ..................................................................................................................... 6

9    Additional References ................................................................................................ 6

10   Economic Calculations & Data .................................................................................. 8

[THIS SPACE LEFT INTENTIONALLY BLANK]

© 2016, Physician Life Care Planning, LLC

Physician Life Care Planning™

**Economic Loss Assessment for Rickey Gann**

This report is intended for the use of counsel in the case of Rickey Gann.

I, Thomas Roney, an Associate Economist of Physician Life Care Planning, have been asked to determine the present value of the Economic Loss of Rickey Gann.

The work performed and the opinions established are based on my education, training and experience as a forensic economist. The measures taken to form opinions in this matter are ones that I deemed necessary. These measures include:  the analysis of relevant documents, the performance of appropriate research and analysis, and the execution of applicable formulaic calculations.

The opinions and conclusions expressed in this report reflect my opinions at the time at which this report was prepared.  I reserve the right to amend my conclusions and my opinions should additional information become available, or if it becomes necessary to supplement and/or update this report at a future date.

A list of the documents that I reviewed when forming my opinions is attached.

Thomas M. Roney
Associate Economist, Physician Life Care Planning, LLC

*© 2016, Physician Life Care Planning, LLC*

Physician Life Care Planning™

# 1   INTRODUCTION

This report assesses the economic loss of earning capacity to Rickey Gann and arising from his injury on June 2, 2012. I have calculated the economic loss of earning capacity based upon Mr. Gann's pre-injury earning capacity as a grounds maintenance worker. The economic loss calculation considers the past and future loss of after-tax earning capacity. I have based my opinions on the information available at this time. Should additional information become available, I reserve the right to update my report. I have calculated the present value of the economic loss to be **$336,175**.

Rickey Gann was born on June 2, 1982, and was approximately 30 years of age at the date of his injury. Mr. Gann has completed school through 10th grade, is single, and resides in Humble, Texas. At the time of his injury, he performed various jobs such as mowing grass and carpentry work for Lisa Reynolds. Mr. Gann also has a history of working for Wilderness Animal Control where he assisted with animal, rodent, and insect removal. Mr. Gann has three children: McKenzie, Destiny, and Addison. It was reported that his monthly child support obligation is $455.92.

# 2   LIFE EXPECTANCY

Mr. Gann's statistical life expectancy based on the life expectancy of a male and calculated from his age of 30.0 years at the date of injury is to age 77.9, in April 2060, according to data in *Healthy Life Expectancy, 2011 Tables*, Shawnee Mission, Kansas, 2015. The data source is the *United States Life Tables, 2011,* from the National Vital Statistics Reports. His full function life expectancy is to age 74.0 in June 2056.

Life Expectancy for plaintiff

**Table 2: Life table for males: United States**

*United States Life Tables, 2011. National Vital Statistics Reports, Vol. 64, Number 11*

|  | Life Expectancy, LE | Full Function Life Expectancy*, FFLE |
|---|---|---|
| 30 | 47.88 | 44.01 |
| **30** | **47.88** | **44.01** |
| 31 | 46.94 | 43.1 |

*Expectancy Data          Healthy Life Expectancy: 2011 Tables. Shawnee Mission, Kansas. 2015*

| Date of Injury (from 'Basic info') | LE | FFLE |
|---|---|---|
| Actual | Actual | Actual |
| 6/2/2012 | 4/19/2060 | 6/5/2056 |
|  | **77.9** | **74** |

*© 2016, Physician Life Care Planning, LLC*

Physician Life Care Planning™

## 3   WORK LIFE EXPECTANCY

Work life expectancy (WLE) is determined by education level, activity status in the labor market, age and sex. Mr. Gann was age 30.0 at the damages date; active in the labor market; and had a 0-12 years of education. The WLE of a 30.0-year-old male with this education level (initially active in the labor market) is 25.5 years, with a standard deviation of 8.7 years. This information is derived from "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" by Gary Skoog, James Ciecka, and Kurt Krueger, *Journal of Forensic Economics*, Vol. 22, No. 2, 2011, pp. 165-229 (published in 2011). Using these data and assuming continuous work, one would expect Mr. Gann to be active in the labor market until December 2037. At that date, he would be age 55.5. The upper bound on the most likely (25% to 75%) range of WLE ages is age 61.5. For additional (or fewer) years than the WLE of 55.5, the economic damages would increase (decrease) approximately $15,000 in present value. I have calculated the earnings loss to Mr. Gann's WLE at age 55.5.

**Table 4. Initially Active Men with 0-12 years of education**

| Age | Work life Expectancy | SD | Estimated | 25% | 75% |
|---|---|---|---|---|---|
| 30 | 25.52 | 8.7 | 55.52 | 19.5 | 31.5 |
| 30 | **25.52** | **8.7** | **55.52** | **19.5** | **31.5** |
| 31 | 24.74 | 8.6 | 55.74 | 18.5 | 30.5 |

| Date of Injury | Work life Expectancy Ends | | Lower Bound | Upper Bound |
|---|---|---|---|---|
| 6/2/2012 | 12/9/2037 | 50% range around | 49.5 | 61.5 |
| At age | 55.52 | WLE | | |

## 4   DISCOUNT RATE

The future streams of payments to replace the loss of earnings are discounted to their present value in recognition that the award will be received in the present year and this principal will be invested in a relatively risk-free instrument and earn interest. The present value of each of these future payments is the amount it would take, if invested today with interest compounded, to equal the amount of the payment at the point it is to be made. These individual payment streams are then added to give the individual totals for the losses. The interest rate on this invested principal is the discount rate.

Any taxes on the interest earned on the investment of a potential award must be accounted for. For this reason, I have used National Municipal Bond Yields on tax-free, Triple A rated, Tax-Exempt Bonds to calculate the discount rate on future payments. The current yield on 1-year to 30-year Municipal Bonds ranges from 0.42% to 2.17%. For example, the average yield of a laddered portfolio for 30 years is 1.60%. The current bond yield was applied to the appropriate periods to calculate the present value, i.e. a "laddered portfolio". For example, the present value of losses in year ten is discounted by the yield on a 10-year bond and in year fifteen by the yield on a 15-year bond. Values are discounted on an annual basis at midyear. See chart below.

⊕ Physician Life Care Planning™

| MMA | | |
|---|---|---|
| **Independent & Data Driven** | | |
| **MUNICIPAL HIGH GRADE AAA G.O. INDEX** | | |
| **September 1, 2016** | | |
| **Period** | **Year** | **Yield*** |
| 1 | 2016 | 0.56 |
| 2 | 2017 | 0.63 |
| 3 | 2018 | 0.72 |
| 4 | 2019 | 0.8 |
| 5 | 2020 | 0.9 |
| 6 | 2021 | 1.04 |
| 7 | 2022 | 1.18 |
| 8 | 2023 | 1.27 |
| 9 | 2024 | 1.37 |
| 10 | 2025 | 1.46 |
| 11 | 2026 | 1.56 |
| 12 | 2027 | 1.64 |
| 13 | 2028 | 1.71 |
| 14 | 2029 | 1.76 |
| 15 | 2030 | 1.82 |
| 16 | 2031 | 1.88 |
| 17 | 2032 | 1.94 |
| 18 | 2033 | 2 |
| 19 | 2034 | 2.05 |
| 20 | 2035 | 2.08 |
| 21 | 2036 | 2.12 |
| 22 | 2037 | 2.15 |
| 23 | 2038 | 2.17 |
| 24 | 2039 | 2.2 |
| 25 | 2040 | 2.22 |
| 26 | 2041 | 2.24 |
| 27 | 2042 | 2.25 |
| 28 | 2043 | 2.26 |
| 29 | 2044 | 2.27 |
| 30 | 2045 | 2.28 |

**Average Laddered Yield 30-year:** 1.68

# 5    GROWTH OF EARNINGS

Data and research (see for example, "Changes in the Distribution of Workers' Hourly Wages between 1979 and 2009" by the CBO), for wage growth for less skilled workers (those without 4-year college degrees) and skilled workers (those with a 4-year degree or higher), show that over the long term male earnings for unskilled workers (those without a 4-year degree or higher) are increasing below or at about the same level as the Consumer Price Index.

The Employment Cost Index is projected to increase 2.6% in 2016, 3.0% in 2017, 3.3% in 2018-2019, and 3.1% in years 2020-2026, per "An Update to the Congressional Budget Office Budget and Economic Outlook: Years 2016-2026, August 2016."

The Consumer Price Index increased is projected to increase by 1.4% in 2016, 2.4% in 2017, 2.3% in 2018-2019, and 2.4% in 2020-2026, per "An Update to the Congressional Budget Office Budget and Economic Outlook: Years 2016-2026, August 2016."

© 2016, Physician Life Care Planning, LLC

Physician Life Care Planning™

The Office of the Actuary of the Social Security Administration publishes a long-range forecast of expected wages in covered employment in the economy, titled "2016 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance (OASDI) Trust Funds". The intermediate (most likely) forecast for the CPI is projected to increase by 2.6% in 2025-2090. The intermediate (most likely) forecast for average annual wages in covered employment are projected to increase by 3.89% in 2025-2030 and by 3.80% in 2030-2090.

Data from the Bureau of Labor Statistics for median earnings of landscaping and grounds keeping workers in the Houston, Texas labor market show that wages have increased an average of 2.7% per year from 2011 to 2015.

**OES Data**

Bureau of Labor Statistics, Occupational Employment Statistics

May Metropolitan and Nonmetropolitan Occupational Employment and Wage Estimates

Houston-The Woodlands-Sugarland, Texas

National Employment Statistics

| **Employment** | Landscaping and Grounds keeping Workers |
| --- | --- |
| Occupation Code: | 37-3011 |

http://www.bls.gov/oes/

| Year | Median Hourly Wage | % Change |
| --- | --- | --- |
| 2011 | $9.92 | |
| 2012 | $10.13 | 2.10% |
| 2013 | $10.55 | 4.10% |
| 2014 | $10.78 | 2.20% |
| 2015 | $11.03 | 2.30% |

Average Annual Increase 2011-2015: **2.70%**

Annual median earnings in 2015 (part-time): $11,471

Based upon the above data, I have applied the past increase in the OES data for Mr. Gann's occupation to the loss of earnings. Beginning in year 2016, I have applied the CBO projections for the Consumer Price Index to the loss of earnings and household services through year 2026. Thereafter, the OASDI CPI forecast is applied.

# 6　TAXES

As noted above, taxes on income are to be considered and the after-tax earnings losses are discounted. A household income less than $24,100 per year would place Mr. Gann in the Lowest Quintile of income, according to information from the Congressional Budget Office (CBO). The average Effective Tax Rate on individual income for pre-tax income in the Lowest Quintile is estimated to be -9.2% in 2010. I have applied an effective federal tax rate of 0.0% to Mr. Gann's loss of earning capacity. I have estimated Social Security and Medicare taxes on the lost earnings of Mr. Gann at 6.2% and 1.45%. The total tax rate applied to Mr. Gann's loss of earnings is **7.65%**.

*© 2016, Physician Life Care Planning, LLC*



Physician Life Care Planning™

**Congressional Budget Office**
**The Distribution of Household Income and Federal Taxes, 2010, December 2013.**

Average Pre-Tax Income for All Households, by Household Income Category, 2010$
Average Individual Income Tax Rate for All Households, by Income Quintile, 2010$

| Lowest Quintile | Midpoint | Second Quintile | Midpoint | Middle Quintile | Midpoint | Fourth Quintile | Midpoint | Highest Quintile |
|---|---|---|---|---|---|---|---|---|
| $24,100 | $34,150 | $44,200 | $54,800 | $65,400 | $80,450 | $95,500 | $167,300 | $239,100 |
| -9.2% | -5.8% | -2.3% | -0.4% | 1.6% | 3.3% | 5.0% | 9.4% | 13.8% |

## 7   COMPUTED ECONOMIC LOSS OF PAST EARNING CAPACITY

Mr. Gann was injured on June 2, 2012. At the time of his injury, it was reported that he performed various jobs such as mowing grass and carpentry work for Lisa Reynolds. I have relied upon average data to estimate the lost earning capacity of Mr. Gann. In 2015, the median hourly wages of landscaping and grounds keeping workers in the Houston-Sugarland-The Woodlands, Texas metropolitan area were $11.03, per Occupational Employment Statistics data. This totals to $11,471 annually at half-time (1040 hours per year). According to, *Full-time Earnings in the U.S,* the median earnings of grounds maintenance workers at age 30 are $22,571 annually, or $11,286 for half-time workers. I have calculated the economic loss of earning capacity at $11,286 annually beginning June 2, 2012 and continuing to Mr. Gann's work life expectancy. Wage growth and taxes are applied as previously discussed.

Earnings were also adjusted in the future for the age/experience changes in the earnings profile for Mr. Gann's occupation using U.S. Census data contained in Expectancy Data, *Full-time Earnings in the U.S.* Annual increases for age and experience were estimated from median earnings by age categories for grounds maintenance workers.

**Age Earnings Profile**
**Table: 241 (4250): Grounds Maintenance Workers (Male)**

| | Median Earnings |
|---|---|
| 18 to 24 | $18,433 |
| 25 to 29 | $21,883 |
| 30 to 34 | $23,259 |
| 35 to 39 | $24,202 |
| 40 to 44 | $25,806 |
| 45 to 49 | $27,227 |
| 50 to 54 | $27,649 |
| 55 to 59 | $29,166 |
| 60 to 64 | $28,448 |
| 65 & over | $26,723 |

**Source:**

FT Earnings in the U.S. 2014

| | | |
|---|---|---|
| All: | $12,033 | (Half-time) |
| Per OES | $11,471 | (Half-time) |

The present value of after-tax lost earning capacity is **$47,136** in the past and **$289,038** in the future.

## 8    SUMMARY

The economic loss includes a past and future loss of earning capacity, adjusted for taxes. It is assumed that Mr. Gann will be unable to return to work in the future. Therefore, offset earnings have not been calculated. The present value of Economic Damages is estimated to total **$336,175**. For additional (or fewer) years than the WLE of 55.5, the economic damages would increase (decrease) approximately $15,000 in present value.

I reserve the right to update my report should additional information become available.

## 9    ADDITIONAL REFERENCES

In addition to the documents and sources cited in this report, the following documents were also reviewed and considered in the formulation of my opinions:

- ❖ **U.S. Bureau of Labor Statistics Consumer Price Index,** *All Urban Consumers (CPI-U) U.S. city average*, November 8, 2015.  http://data.bls.gov/

- ❖ **Municipal Bonds AAA Yield Curve: 1 - 30 Year Maturities**, *Municipal Bonds Yields: Triple-A Rated, Tax-Exempt Insured Bonds*, September 1, 2016. Report produced by Municipal Market Advisors (MMA). http://www.mma-research.com

- ❖ **CBO's Economic Projections by Calendar Years 2016 to 2026,** *Table B-1, An update to The Budget and Economic Outlook: 2016 to 2026 August 2016,* The Congress of the United States, Congressional Budget Office. www.cbo.gov

- ❖ **Expectancy Data,** *Healthy Life Expectancy: 2011 Tables.* Shawnee Mission, Kansas, 2015, Table 2, Males.

- ❖ "**The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors",** Gary Skoog, James Ciecka, and Kurt Krueger. *Journal of Forensic Economics*, Vol. 22, No. 2, 2011, pp. 165-229 (published in 2011) Table 4, males, 0-12 years of education.

- ❖ **The 2015 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance Trust Funds**, Table V.B1. Principal Economic Assumptions (Cont.)

- ❖ **Changes in the Distribution of Worker's Hourly Wages Between 1979 and 2009**, The Congress of the United States, Congressional Budget Office. http://www.cbo.gov/

❖ **Employer Cost for Employee Compensation: June 2016, Table 1, Bureau of Labor Statistics** http://www.bls.gov/news.release/pdf/ecec.pdf.

❖ *Employee Benefits in the United States – March 2016.* **USDL-15-1432. Bureau of Labor Statistics, July 24, 2015.**

❖ **The Distribution of Household Income and Federal Taxes, 2010**, December 2013, Congressional Budget Office. http://www.cbo.gov/publications/collections/collections.cfm?collect=13

❖ **Social Security and Medicare Taxes Update 2014 and Contribution and Benefit Base**, Social Security Administration. www.socialsecurity.gov

❖ **Expectancy Data,** *Full-time Earnings in the U.S.: 2014 Edition.* **Shawnee Mission, Kansas 2016. Table 241 (4250).**

❖ **Occupational Employment Statistics, Houston-The Woodlands-Sugarland, Texas, Occupation Code 37-3011**, Landscaping and Grounds keeping workers. Bureau of Labor Statistics May 2010-2015. http://www.bls.gov/oes/tables.htm

❖ **PLCP Vocational Information Form for Rickey Gann.**

❖ **Plaintiff's First Amended Complaint.**

❖ **Form W-2 Wage and Tax Statement for Rickey Gann, 2006-2009.**

❖ **Letter from the Department of Assistive and Rehabilitative Services Disability Determination Services, dated August 7, 2012.**

❖ **Strong Group, Inc. 1099 Detail 2008-2009 for Rickey Gann.**

❖ **Monthly Child Support Document from the Attorney General of Texas.**

❖ **Social Security Earnings Statement for Rickey Gann 1998-2015.**

❖ **E-mail from attorney dated 9/27/2016 2:20 pm containing information from Mr. Gann's mother.**

## 10  ECONOMIC CALCULATIONS & DATA

**Plaintiff:**    **Rickey Gann**

| Case Information |
|---|

Trial Date:   11/1/2016                    Date of Injury:   6/2/2012

Discount Rate:   Laddered

Present Value of Future Damages Calculated Annually at Midyear

Present Value Computed Using Compound Interest

| Plaintiff |
|---|

| | | | |
|---|---|---|---|
| Sex: | Male | Education Level: | 0-12 |
| Birth Date: | 6/2/1982 | Age at Damages Date: | 30.00 |
| Work Life Expectancy: | 12/9/2037 | Retirement Age at WLE: | 55.52 |
| Life Expectancy: | 4/19/2060 | Expected Age at LE: | 77.88 |
| Full-Function Life Expectancy: | 6/5/2056 | Expected Age at FFLE: | 74.01 |

| Damages Summary |
|---|

| Type of Damage | Future Values | | Present Values | |
|---|---|---|---|---|
| | Past Loss | Future Loss | Past Loss | Future Loss |
| Lost Earning Capacity Less Taxes: | $47,136 | $353,235 | $47,136 | $289,038 |
| Total Damages: | $47,136 | $353,235 | $47,136 | $289,038 |
| **Grand Total Damages:** | $400,371 | | **$336,175** | |

© 2016, Physician Life Care Planning, LLC                                                                8

Physician Life Care Planning™

**Rickey Gann**

**Past Lost Earnings**

| | | |
|---|---|---|
| Date of Injury: | **6/2/2012** | |
| Damages Date Fraction: | **0.58** | |
| Plaintiff Pre-Incident Earning Capacity: | **$11,286** | 2014$ |
| Date to begin loss of earning capacity: | **6/2/2012** | |
| Trial Date: | **11/1/2016** | |
| Trial-Year Fraction: | **0.84** | |
| Taxes (Fed, SS, and Medicare): | 0.0%   6.20%   1.45%   =   **7.65%** | |

| | | | | | Lost Earning Capacity | | | Cumulative Loss |
|---|---|---|---|---|---|---|---|---|
| Date from | Date to | Age Earnings Adjustment | Date Fraction | Earnings Growth* | Lost Earnings | Taxes | Earnings Less Taxes | PV Total Damages | Total Loss Earning Capacity |
| 6/2/2012 | 12/31/2012 | 1.00 | 0.58 | | $6,155 | ($471) | $5,685 | $5,685 | $5,685 |
| 1/1/2013 | 12/31/2013 | 1.01 | 1.00 | 4.15% | $11,179 | ($855) | $10,324 | $10,324 | $16,009 |
| 1/1/2014 | 12/31/2014 | 1.02 | 1.00 | 2.18% | $11,561 | ($884) | $10,676 | $10,676 | $26,685 |
| 1/1/2015 | 12/31/2015 | 1.03 | 1.00 | 2.32% | $11,947 | ($914) | $11,033 | $11,033 | $37,718 |
| 1/1/2016 | 11/1/2016 | 1.04 | 0.84 | 1.40% | $10,198 | ($780) | $9,418 | $9,418 | $47,136 |
| **Totals** | | | | | $51,041 | ($3,905) | $47,136 | $47,136 | |

*Wage growth per the BLS forecast CPI, adjusted for trial date in year 2016.

© 2016, Physician Life Care Planning, LLC

9

**Physician Life Care Planning™**

**Rickey Gann**

**Future Lost Earning Capacity**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Plaintiff Pre-Incident Earning Capacity: | $11,286 | 2014$ | | | |
| Work-Life Expectancy Date: | 12/9/2037 | | | | |
| Work-Life Expectancy Fraction: | 0.10 | | | | |
| Full-function Life Expectancy: | 6/5/2056 | | | | |
| Full Function Life Expectancy Fraction: | 18.59 | | | | |
| Taxes (Fed, SS, and Medicare): | 0.00% | 6.20% | 1.45% | = | **7.65%** |

| Years in the Future | Year Ending | Age Earnings Adjustment | Earnings Growth* | Date Fraction | Discount Rate | Lost Earning Capacity | | | | Totals | | Cumulative Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Lost Earnings | Taxes | Earnings Less Taxes | PV Earnings | FV Total Loss | PV Total Loss | |
| 1 | 11/1/2017 | 1.05 | 2.40% | 1.00 | 0.56% | $12,606 | ($964) | $11,641 | $11,609 | $11,641 | $11,609 | $58,745 |
| 2 | 11/1/2018 | 1.06 | 2.30% | 1.00 | 0.63% | $12,998 | ($994) | $12,004 | $11,891 | $12,004 | $11,891 | $70,637 |
| 3 | 11/1/2019 | 1.07 | 2.30% | 1.00 | 0.72% | $13,402 | ($1,025) | $12,377 | $12,157 | $12,377 | $12,157 | $82,793 |
| 4 | 11/1/2020 | 1.08 | 2.40% | 1.00 | 0.80% | $13,869 | ($1,061) | $12,808 | $12,455 | $12,808 | $12,455 | $95,249 |
| 5 | 11/1/2021 | 1.09 | 2.40% | 1.00 | 0.90% | $14,389 | ($1,101) | $13,288 | $12,763 | $13,288 | $12,763 | $108,012 |
| 6 | 11/1/2022 | 1.11 | 2.40% | 1.00 | 1.04% | $14,925 | ($1,142) | $13,784 | $13,021 | $13,784 | $13,021 | $121,033 |
| 7 | 11/1/2023 | 1.12 | 2.40% | 1.00 | 1.18% | $15,480 | ($1,184) | $14,295 | $13,246 | $14,295 | $13,246 | $134,279 |
| 8 | 11/1/2024 | 1.14 | 2.40% | 1.00 | 1.27% | $16,052 | ($1,228) | $14,824 | $13,485 | $14,824 | $13,485 | $147,764 |
| 9 | 11/1/2025 | 1.15 | 2.40% | 1.00 | 1.37% | $16,631 | ($1,272) | $15,359 | $13,681 | $15,359 | $13,681 | $161,445 |
| 10 | 11/1/2026 | 1.16 | 2.40% | 1.00 | 1.46% | $17,217 | ($1,317) | $15,900 | $13,854 | $15,900 | $13,854 | $175,300 |
| 11 | 11/1/2027 | 1.17 | 2.60% | 1.00 | 1.56% | $17,856 | ($1,366) | $16,490 | $14,016 | $16,490 | $14,016 | $189,316 |
| 12 | 11/1/2028 | 1.19 | 2.60% | 1.00 | 1.64% | $18,516 | ($1,417) | $17,100 | $14,182 | $17,100 | $14,182 | $203,498 |

© 2016, Physician Life Care Planning, LLC

⊕ Physician Life Care Planning™

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 11/1/2029 | 1.20 | 2.60% | 1.00 | 1.71% | $19,199 | ($1,469) | $17,731 | $14,344 | $17,731 | $14,344 | $217,843 |
| 14 | 11/1/2030 | 1.21 | 2.60% | 1.00 | 1.76% | $19,833 | ($1,517) | $18,315 | $14,472 | $18,315 | $14,472 | $232,314 |
| 15 | 11/1/2031 | 1.21 | 2.60% | 1.00 | 1.82% | $20,411 | ($1,561) | $18,850 | $14,512 | $18,850 | $14,512 | $246,826 |
| 16 | 11/1/2032 | 1.22 | 2.60% | 1.00 | 1.88% | $21,006 | ($1,607) | $19,399 | $14,535 | $19,399 | $14,535 | $261,361 |
| 17 | 11/1/2033 | 1.22 | 2.60% | 1.00 | 1.94% | $21,619 | ($1,654) | $19,965 | $14,541 | $19,965 | $14,541 | $275,902 |
| 18 | 11/1/2034 | 1.22 | 2.60% | 1.00 | 2.00% | $22,249 | ($1,702) | $20,547 | $14,529 | $20,547 | $14,529 | $290,431 |
| 19 | 11/1/2035 | 1.23 | 2.60% | 1.00 | 2.05% | $22,988 | ($1,759) | $21,229 | $14,585 | $21,229 | $14,585 | $305,016 |
| 20 | 11/1/2036 | 1.25 | 2.60% | 1.00 | 2.08% | $23,843 | ($1,824) | $22,019 | $14,738 | $22,019 | $14,738 | $319,754 |
| 21 | 11/1/2037 | 1.26 | 2.60% | 1.00 | 2.12% | $24,727 | ($1,892) | $22,835 | $14,854 | $22,835 | $14,854 | $334,608 |
| 22 | 12/9/2037 | 1.27 | 2.60% | 0.11 | 2.15% | $2,680 | ($205) | $2,475 | $1,567 | $2,475 | $1,567 | $336,175 |
| | | Totals | | | | $382,496 | ($29,261) | $353,235 | $289,038 | $353,235 | $289,038 | |

\*    Earnings growth 2016-2026 per CPI forecast by the CBO Forecast, August 2016, and thereafter per the OASDI forecast CPI.

© 2016, Physician Life Care Planning, LLC

11