

**Thomas Roney LLC**
*Economic Consulting*

**3333 Lee Parkway, Suite 600, Dallas, Texas 75219**
**Dallas/Fort Worth: 214 665-9458 Houston: 713 513-7113 Denver: 303 357-2366 Miami 305- 913-8571**
**www.thomasroneyllc.com**

---

### TRIAL AND DEPOSITION TESTIMONIES IN PAST FOUR YEARS

Deposition testimony re economic damages and in a wrongful death case: Crystal Holland as Administrator of the Estate of Patrick Neil Holland, et al v. JRK-Colinas Properties, LLC, Hastings Place GP, et al. Cause No. 417491, In the Probate Court of Harris County, Texas. September 27, 2016 for Michael Trevino, Radack and Borunda, P.C., Houston, Texas.

Trial testimony re the assessment of a life care plan case: Hali Breanne Overbey, Individually, et al. v. Paul Anthony Beltran and Llano Logistics, Inc. Cause No. 2015-514,380, District Court of Lubbock County, Texas, 237th Judicial District. September 26, 2016, for John H. Cook, IV of Glasheen, Valles & Inderman, LLP, Lubbock, Texas.

Deposition testimony re economic damages and the present value of a life care plan in a personal injury case: Kenan Alexander v. Ripley Entertainment, Inc. Cause No. 2014C117064, In the District Court, 166th Judicial District, Bexar County, Texas. September 23, 2016 for Marcus Spangoletti, Spangoletti & Co., Houston, Texas.

Deposition testimony re economic damages in a personal injury case: Maria Cina, Individually, and A/N/F of Noe Cepeda v. Prebisch Homes, Inc. et al. Cause No. 2012`-74203, In the District Court, 295th Judicial District, Harris County, Texas. September 13, 2016 for Carlos A. Leon,   The Leon Law Firm, P.C., Sugar Land, Texas.

Deposition testimony re economic damages in a wrongful termination case: David A. Lopez v. Exxon Mobil Development Company and Exxon Mobil Corporation. Cause No. 2015-28744, In the District Court, Harris County, Texas. August 31, 2016 for Bruce Jamison, Jamison & Associates, P.L.L.C., The Woodlands, Texas.

Deposition testimony re economic damages in a personal injury case: Antonio Flores v. K&L Contractors, Inc. and Dewey Wayne Woods. Cause No. 14-06-12294-DCV, In the District Court, 293rd Judicial District, Dimmit County, Texas. August 30, 2016 for Alfonso Nevarez, Nevarez Law Firm, PC, and Felix Gonzales, Felix Gonzales Law Firm, San Antonio, Texas.

Deposition testimony re economic damages in a personal injury case: Jose Gonzalez v. K&L Contractors, Inc. and Dewey Wayne Woods. Cause No. 14-06-12294-DCV, In the District Court, 293rd Judicial District, Dimmit County, Texas. August 30, 2016 for Alfonso Nevarez, Nevarez Law Firm, PC, and Felix Gonzales, Felix Gonzales Law Firm, San Antonio, Texas.

Trial testimony re economic damages in a personal injury and the assessment of a life care plan case: Santos Martin Mora v. Aqua One, Inc. and Eric Christopher Gressett. Cause No. 2014-510,184, 99th District Court of Lubbock County, Texas. August 24th, 2016, for Jason Medina of Glasheen Valles & Inderman, Lubbock, Texas.

Deposition testimony re economic damages in a personal injury medical malpractice case: Darrell Menapace v. Memorial Hospital of Sweetwater County; Lin Miao, M.D.; and Angela Slinden. Civil Action No. C-15-310J, In the District Court, Third Judicial District, State of Wyoming, County of Sweetwater. August 24, 2016 for Emily Ranking, The Spence Law Firm, Jackson, Wyoming.

Deposition testimony re economic damages in a wrongful termination case: Tina Buschbaum v. Nestle Waters North America, Inc. Civil Action No. 2:16-cv-00073, United States District Court for the Eastern District of Texas. August 19, 2016 for the Albritton Law Firm, 1330 North Chapel, Suite 100, Southlake, Texas.

1

Deposition testimony re economic damages in a personal injury case: Roy Martin v. Delta Steel, Inc. and Ursviken, Inc., Cause No. 141-269524-13, In the 141st District Court of Tarrant County, Texas. July 28, 2016 for Glasheen, Valles & Inderman, LLP, Lubbock, Texas.

Trial testimony re economic damages in a personal injury case: Gayla Benally v. Dillon Companies, Inc. d/b/a City Market, and Kroger Group, Inc. d/b/a Kroger Group Cooperative, Inc. Cause No. SR-CV-153-2014, In the District Court of the Navajo Nation, Shiprock Judicial District, June 15, 2016 for Barber & Borg, LLC, Albuquerque, New Mexico.

Deposition testimony re economic damages in a personal injury case: Juan Enrique Garza v. Americrane & Equipment, Inc., d/b/a American Crane & Equipment & Pioneer Natural Resources Company. Cause No. B-137,398, In the District Court, 161st Judicial District, Ector County, Texas. May 25th, 2016 for Espinoza Law Firm, PLLC, San Antonio, Texas.

Deposition testimony re economic damages in a personal injury case: William L. Moore, III. v. J.B.S. Carriers, Inc. et al. Cause No. 89299, In the District Court of Ellis County, Texas. 443rd Judicial District. May 17th, 2016 for Mikal C. Watts, Watts Guerra LLP, San Antonio, Texas.

Trial testimony re economic damages in a wrongful death case: Theresa Lee Swenson as Special Administrator of the Estate of Aaron M. Swenson, Deceased v. Adam Troy and Hussmann Corporation dba Hussmann Refrigeration, Inc. Cause No. 12 L 6440, Circuit Court of Cook County, Illinois, County Department, Law Division. April 19, 2016 for Kevin P. Durkin, Clifford Law Offices, PC, Chicago, Illinois.

Trial testimony re economic damages in a personal injury medical malpractice case: LaMetra Tatum and David Tatum v. Mid Cities Neurology Associates, PA of H/E/B/ d/b/a Kane Hall Barry Neurology and Bhagya Boggaram, MD. Cause No. 153-267929-13, District Court 153rd Judicial District, Tarrant County, Texas. April 15, 2016, for Greg Bevel, Rochelle McCullough, Dallas, Texas.

Deposition testimony re the present value assessment of a life care plan: Thomas Legan et al. v. John Kaliszak, DO, et al. Case No. 47-CV-2014-901210.00, Circuit Court of Madison County, Alabama. April 6, 2016, for Jeff Edwards of Edwards Law, Austin, Texas.

Deposition testimony re economic damages in a personal injury and the assessment of a life care plan case: Santos Martin Mora v. Aqua One, Inc. and Eric Christopher Gressett. Cause No. 2014-510,184, 99th District Court of Lubbock County, Texas. April 5, 2016, for Jason Medina of Glasheen Valles & Inderman, Lubbock, Texas.

Deposition testimony re economic damages in a wrongful death case: Shamika Smith v. DCI Marketing, Incorporated. Case No. 15-CV-2596, State of Wisconsin, Milwaukee County. April 4, 2016 for Neru Witherspoon of The Witherspoon Law Group, Dallas, Texas.

Deposition testimony re the present value assessment of a life care plan: Randall Goldsby and Wanda Goldsby v. Domingo Grmaldi, Jr., Sherlock's Addison, LLC, et al. Cause No. DC-14-05096, District Court, Dallas County, Texas, 162nd Judicial District.  March 30, 2016, for Steven C. Laird of Law Offices of Steven C. Laird, Fort Worth, Texas.

Deposition testimony re economic damages in two personal injury matters and three assessments of life care plans: Skylar Price, Steven Price, Zachery Douglas, Jared Lusk, and Tamara Price v. Eagle Express Lines, Inc., an Illinois Corporation, and Richard Gromley. Case No. 1:13-cv-03541, United States District Court, Northern District of Illinois, Eastern Division. March 28, 2016, for Ryan Christensen of Siegfried & Jensen, Murray, Utah.

Deposition testimony re the assessment of a life care plan case: Hali Breanne Overbey, Individually, et al. v. Paul Anthony Beltran and Llano Logistics, Inc. Cause No. 2015-514,380, District Court of Lubbock County, Texas, 237th Judicial District. March 14, 2016, for John H. Cook, IV of Glasheen, Valles & Inderman, LLP, Lubbock, Texas.

Deposition testimony re economic damages in a wrongful death case: Robert Lindner As Special Administrator of The Estates of Burton R. Lindner and Zorine Lindner, Deceased, v. Union Pacific Railroad Company, Joe Scott and Jerome Griffin. Cause No. 12 L 7568, Circuit Court of Cook County, Illinois, County Department –

Law Division. March 10, 2016 for Michael S. Krzak of Clifford Law Offices, Chicago, Illinois.

Deposition testimony re economic damages in a personal injury case: Melinda Caballero and Ernest Caballero v. JGC, Inc. dba The John Newcombe Tennis Ranch. Cause No. C2013-1183C, District Court, 274th Judicial District, Comal County, Texas. March 8, 2016 for Rudy Vasquez, Esq. of Law Offices of Rudy Vasquez, San Antonio, Texas.

Deposition testimony re economic damages in a wrongful death case: Tommi Agers, Individually, Tommi Agers As Legal Representative of The Estate of Jared Agers Deceased, et al. v. GEICO Indemnity Company, Louise Richardson, Kris Dwayne Rine, Daimler Trucks North America LLC. Cause No. DC-14- 04651, District Court of Dallas County, Texas, 134th Judicial District. March 2, 2016 for Scott Lidji of The LIDJI Firm, Dallas, Texas.

Trial testimony re economic damages in a medical malpractice case: Gerald David Chicoine and Shelly Annette Chicoine, Individually and as Next Friend of Cayman David Chicoine, a Minor v. St. Francis Hospital, Inc., Saint Francis Health System, Inc., et al. Case No. CJ-2011-380, District Court of Wagoner County, 15th District, State of Oklahoma. March 1, 2016 for John 'Lin' McCraw of The McCraw Law Group, McKinney, Texas.

Deposition testimony re economic damages in a personal injury case: Chrisnoen Marquez v. Maersk Line, Limited. Civil Action No. 14-00024, United States District Court for the Northern Mariana Islands. February 29, 2016 for Benjamin K. Petersburg of Berline and Associates, LLC, Garapan, Saipan.

Deposition testimony re economic damages in a personal injury and the assessment of a life care plan case: Bernave Esquivel and Catalina Esquivel v. Christopher Beasley, et al. Case No. 11AQO-CC000117, Circuit Court of Jasper County, Missouri at Joplin. February 26, 2016, for Shelly C. Dreyer, Esq. of The Hershewe Law Firm, Joplin, Missouri.

Trial testimony re economic damages in a wrongful termination case: Eddie Jay Thatcher v. OakBend Medical Center, et al. Case No. 4:14-cv-03551, United States District Court, Southern District of Texas, Houston Division. February 9, 2016, for the Clinton Law Firm, Houston, Texas.

Trial testimony re economic damages in a wrongful termination case: Glenda Spoon v. Fannin County Community Supervision and Corrections Department. Cause No. CV-10-39887, 336th District Court of Fannin County, Texas. January 27, 2016 for David M. Stagner, Esq., Sherman, Texas.

Hearing on motion to exclude testimony in the wrongful death of a child: Andrew L. Bates and Tanya Shanell Benton, Individually and as Joint Representatives of the Estate of Tiara Nasha Pollard. v. APAC-Texas, Inc., Lindsey Contractors, Inc., Texas Environmental Management, Inc., et al. Cause No. DC-14-01404, District Court, 298th Judicial District, Dallas County, Texas. January 22, 2016 for Jon Anniece Mosley, II, Esq. of Mosley & Associates, PLLC, Dallas, Texas.

Deposition testimony re present value assessment of a life care plan in a personal injury case: Patricia Kimble v. Dr. Lloyd Ruff, et al. No. CV 2014-144 (BD), Mississippi County Circuit, Chickasawba District, Blytheville, Arkansas. December 29, 2015 for Chris Averitt, Esq. of Scholtens & Averitt, PLC, Jonesboro, Arkansas.

Deposition testimony re economic damages in a personal injury case: Janine Jones, Individually and a/n/f Shelby Woods, minor, and Alicia Woods a/n/f Nathan Woods, minor v. Allegiance Health Management, Inc., New Directions B&S, LLC, and Allegiance Specialty Hospital of Kilgore. Civil Action No. 6:13-cv- 541, United States District Court, for the Eastern District of Texas, Tyler Division. December 1, 2015 for Matthew B. Flanery of Grant & Flanery, PC, Tyler, Texas.

Deposition testimony re economic damages in a wrongful death case: Theresa Lee Swenson as Special Administrator of the Estate of Aaron M. Swenson, Deceased v. Adam Troy and Hussmann Corporation dba Hussmann Refrigeration, Inc. Cause No. 12 L 6440, Circuit Court of Cook County, Illinois, County Department, Law Division. November 14, 2015 for Colin Dunn of Clifford Law Offices, PC, Chicago, Illinois.

Deposition testimony re economic damages in a personal injury case: Anthony R. Horonzy v. Front Range Disposal, et al. Case No. 2015CV30573, District Court, City and County of Denver, Colorado. November 6, 2015 for Tamas Viski-Hanka, Esq., Denver, Colorado.

Deposition testimony re economic damages in a personal injury case: Wendall Lynn Hulse and Wendall Kay Hulse v. Hongjin Crown America, Inc., et al. Cause No. D-0192606, District Court, City of Jefferson County, Texas. 136th Judicial District. November 4, 2015 for Jeremy R. Newell, Esq. of Stevenson & Murray, Houston, Texas.

Deposition testimony re economic damages in a wrongful termination case: Glenda Spoon v. Fannin County Community Supervision and Corrections Department. Cause No. CV-10-39887, 336th District Court of Fannin County, Texas. November 2, 2015 for David M. Stagner, Esq., Sherman, Texas.

Deposition testimony re economic damages in a wrongful termination case: Tim Dale Pepper v. Basic Energy Services, LP. Cause No. 141-275555-14, District Court, 141st Judicial District, Tarrant County, Texas. September 25, 2015 for Aaron Martinez, Esq. of The McCathern Firm, Dallas, Texas.

Deposition testimony re economic damages in a wrongful death of a child: Andrew L. Bates and Tanya Shanell Benton, Individually and as Joint Representatives of the Estate of Tiara Nasha Pollard. v. APAC-Texas, Inc., Lindsey Contractors, Inc., Texas Environmental Management, Inc., et al. Cause No. DC-14- 01404, District Court, 298th Judicial District, Dallas County, Texas. September 21, 2015 for Jon Anniece Mosley, II, Esq. of Mosley & Associates, PLLC, Dallas, Texas.

Deposition testimony re economic damages in a personal injury case: Ferdaws Amiri, et al v. DynCorp, et al. Civil Action No. 1:15-CV00200 LMB-IDD, United States District Court for the Eastern District of Virginia. September 17, 2015 for Todd Kelly, Esq. of The Carlson Law Firm, PC, Austin, Texas.

Deposition testimony re economic damages in a personal injury case: Ilyas Yonisi, et al. v. DynCorp, et al. Civil Action No. 1:15-CV00200 LMB-IDD, United States District Court for the Eastern District of Virginia. September 17, 2015 for Todd Kelly, Esq. of The Carlson Law Firm, PC, Austin, Texas.

Deposition testimony re economic damages in a wrongful death case: Mario Hinojosa, et al. v. Roman Gabriel Trujillo and L&F Distributors, LLC. Cause No. 2013-DCL-6980-D, District Court, 103rd Judicial District, Cameron County, Texas. September 16, 2015 for Ruben R. Pena of Law Offices of Ruben R. Pena, PC, Brownsville, Texas.

Deposition testimony re economic damages in a medical malpractice personal injury case: Cecilia Turnbeau, as mother and next of kin for A.M, a minor child v. Conchita Woodruff, MD. Case No. CJ 2014-01273, District Court of Tulsa County, Oklahoma. September 14, 2015 for Mark Edwards of The Edwards Law Firm, McAlester, Oklahoma.

Trial testimony re valuation of a life care plan in a medical malpractice personal injury case: Francis D. MacCarthy, et al. v. Lindsey Management Co. Inc., Travis Charles Farasyn, et al. Case No. CJ 2013-1406, District Court of Cleveland County, Oklahoma. September 1, 2015 for James Dunn & Associates, Oklahoma City, Oklahoma.

Deposition testimony re economic damages in a medical malpractice wrongful death case: Beth A. Figaro as Spouse and Independent Administrator of the Estate of Nicholas P. Figaro, deceased v. Northwest Community Hospital, an Illinois not-for-profit corporation; Kenneth McQuade, MD, et al. Case No. 12-L- 4745, State of Illinois, Circuit Court of Cook County, Illinois. August 28, 2015 for Michael Krzak, Esq. of The Clifford Law Offices, Chicago, Illinois.

Deposition testimony re economic damages in a personal injury case: Krystal Cantu v. American Tire Distributors, Inc., et al. Cause No. C-3357-14-E, District Court, 275th Judicial District, Hidalgo County, Texas. August 24, 2015 for Michael R. Cowen, Esq. of The Cowen Law Group, Brownsville, Texas.

Deposition testimony re economic damages in a personal injury case: Len Carlton and Julie Carlton v. Media Nation Outdoor, LLC, et al. Cause No. 13-2531, District Court, 22nd Judicial District, Hays County, Texas. August 21, 2015 for Guy L. Watts, Esq. of Watts Guerra, LLP, Austin, Texas.

Deposition testimony re economic damages in a personal injury case: Gary Ramsey and Sandra Ramsey v. Caterpillar Inc., Jerrold Howell, et al. Cause No. 2013B-0254, District Court, 392nd Judicial District, Henderson County, Texas. August 3, 2015 for Greg Bevel, Esq. of Rochelle McCullough, LLP, Dallas, Texas.

Trial testimony re economic damages in a wrongful termination case: Stephanie Barnett v. The Board of Commissioners of the County of Montrose and Roy Eckert. Civil Action No. 14.cv-01765-REB-GPG, United States District Court for the District of Colorado. July 16, 2015 for Joseph H. Azbell, Esq., Grand Junction, Colorado.

Trial testimony re economic damages in a wrongful death case: Mary Smith, et al. v. United Carbide, et al. No. 4:14-cv-00495, Circuit Court for the City of St. Louis, State of Missouri. July 13, 2015 for Donald Ferguson of Donald P. Ferguson, PC, Chickasha, Oklahoma.

Deposition testimony re economic damages in a personal injury medical malpractice case: Darrell Spencer v. Amarjyot Gill, MD and Jane Doe Avila; Michael E. Stevens, MD, d/b/a Desert Vista Medical Associates, Scottsdale Healthcare Corp., et al. No. CV2014-004220, Superior Court of the State of Arizona in and for the County of Maricopa. July 7, 2015 for H. Christian Bode, Esq. of Bode & Collins, PLC, Scottsdale, Arizona.

Deposition testimony re valuation of a life care plan in a personal injury case: Nedra Henson and Alan Henson, Individually and as Next Friend of Landry Henson and Morgan Henson, Minor Children and Jalen Henson v. Academy, LTD. d/b/a Academy Sports & Outdoors and Academy Managing C., LLC. Cause No. 2013-29747, District Court of Harris County, Texas, 215th Judicial District. June 9, 2015 for Jarom Tefteller of Tefteller Law, Gilmer, Texas.

Deposition testimony re economic damages in a wrongful termination case: Leslie Morgan-Cox v. Federal Express Corporation, Ricky L. Carter and Patrick Elam. Case No. 2:14-cv-02609, United States District Court for the Western District of Tennessee, Western Division. June 2, 2015 for Demitri Chambers of Walker & Chambers, Houston, Texas.

Deposition testimony re economic damages in a wrongful termination case: Anthony Johnson v. Federal Express Corporation. Case No. 2:14-cv-02511, United States District Court for the Western District of Tennessee, Western Division. June 2, 2015 for Demitri Chambers of Walker & Chambers, Houston, Texas.

Trial testimony re economic damages in a medical malpractice case: The Estate of Michael Rogers, et al. v. United Regional Health Care Systems, Inc., et al. Cause No. 178,481-B, 78th Judicial District Court of Wichita County, Texas. May 21, 2015 for Mark H. Barber, Law Offices, Wichita Falls, Texas.

Deposition testimony re economic damages in a personal injury medical malpractice case: LaMetra Tatum and David Tatum v. Mid Cities Neurology Associates, PA of H/E/B/ d/b/a Kane Hall Barry Neurology and Bhagya Boggaram, MD. Cause No. 153-267929-13, District Court 153rd Judicial District, Tarrant County, Texas. May 7, 2015 for Greg Bevel of Rochelle McCullough, Dallas, Texas.

Deposition testimony re valuation of a life care plan in a personal injury case: Francis D. MacCarthy, et al. v. Lindsey Management Co. Inc., Travis Charles Farasyn, et al. Case No. CJ 2013-1406, District Court of Cleveland County, Oklahoma. May 5, 2015 for Scott Hawkins of James Dunn & Associates, Oklahoma City, Oklahoma.

Deposition testimony re economic damages in a personal injury case: Jennifer Metcalf v. Harden Healthcare Texas LP, et al. Arbitration with Tom Mitchell, Travis County, Texas. April 20, 2015 for The Carlson Law Firm, PC, Austin, Texas.

Deposition testimony re economic damages in a personal injury case: Roberto Perez, et al. v. Al Cardenas Masonry, Inc. et al. Cause No. C302-07-C, District Court, 139th Judicial District, Hidalgo County, Texas. February 17, 2015 for Stevenson & Murray, Houston, Texas.

Deposition testimony re economic damages in a medical malpractice case: Gerald David Chicoine and Shelly Annette Chicoine, Individually and as Next Friend of Cayman David Chicoine, a Minor v. St. Francis Hospital, Inc., Saint Francis Health System, Inc., et al. Case No. CJ-2011-380, District Court of Wagoner County in and for the 15th District, State of Oklahoma. February 16, 2015 for John 'Lin' McCraw of The McCraw Law Group, McKinney, Texas.

Deposition testimony re economic damages in a wrongful termination case: Deepika Aluru, MD v. Anesthesia Consultants, Professional Corporation, a Colorado Corporation, and Paul A. Gutowski, DO, Civil Action No. 1:13-cv-02939-MSK-BNB, United States District Court for the District of Colorado. February 13, 2015 for

Glenn W. Merrick of G.W. Merrick and Associates, Centennial, Colorado.

Trial testimony re economic damages in a wrongful death case: Anna Grace Overson, Individually and as Sole Heir of the Estate of William Craig Holland v. David Lloyd King and Steven Edward Smith. Cause No. 264,398-B, 146th District Court of Bell County, Texas. February 3, 2015 for Mark S. Humphries, PC, Grand Prairie, Texas.

Deposition testimony re economic damages in a personal injury case: Brandon L. Boutwell v. Unit Texas Drilling, LLC. Cause No. 096-257777-12, Judicial Court, 96th Judicial District, Tarrant County, Texas. January 26, 2015 for Fears Nachawati Law Firm, Dallas, Texas.

Deposition testimony re economic damages in a wrongful termination case: Stephanie Barnett v. The Board of Commissioners of the County of Montrose and Roy Eckert. Civil Action No. 14.cv-01765-REB-GPG, United States District Court for the District of Colorado. January 15, 2015 for Joseph H. Azbell, Esq., Grand Junction, Colorado.

Deposition testimony re economic damages in a wrongful death case: Anna Grace Overson, Individually and as Sole Heir of the Estate of William Craig Holland v. David Lloyd King and Steven Edward Smith. Cause No. 264,398-B, 146th District Court of Bell County, Texas. January 12, 2015 for Mark S. Humphries, Grand Prairie, Texas.

Trial testimony re economic damages in a wrongful termination case: Yvonne Downs v. Red River Hospital, LLC. Civil Action No. 7:13-ev-0129-O, United States District Court for the Northern District of Texas, Wichita Falls Division, District. December 16, 2014 for W. Craft Hughes of Hughes Ellzey LLP, Houston, Texas.

Deposition re economic damages in a malicious prosecution case: Brenda Kay Ramsey Flores v. TJD Financial Services, Inc. Cause No. 2013-45070, District Court of Harris County, Texas, 80th Judicial District. December 4, 2014 for David Martindale, PLLC, Cypress, Texas.

Deposition testimony re economic damages in a medical malpractice case: Carol Muller and Robert Muller v. Southcrest, LLC, d/b/a Southcrest Hospital, Eugene O. Dickens, MD, et al. December 1, 2014 for Tony Laizure of Stipe, Harper, Laizure, Uselton, Belote, Maxcey & Thetford, Tulsa, Oklahoma.

Deposition testimony re economic damages in a medical malpractice case: Callie Tynes, a Minor, by and through her Guardians and Next Friend, Sandra Tynes v. Mercy Memorial Health Center, Inc., R. Troy Lehman, DO, and Sergio Gonzalez Demier, DO. Case No. CJ-2013-200, District Court of Carter County in and for the 20th District, State of Oklahoma. November 14, 2014 for L. Todd Kelly of The Carlson Law Firm, Austin, Texas.

Deposition testimony re economic damages in a medical malpractice case: Daniel Coindreau et al. and as Next Friend of Cael Coindreau, a Minor v. Christus Santa Rosa Health Care Corporation d/b/a Christus Santa Rosa Hospital. Cause No. 2013-CI-20890, 285th Judicial District Court, Bexar County, Texas. November 10, 2014 for Janice Maloney of Law Offices of Pat Maloney, PC, San Antonio, Texas.

Deposition testimony re economic damages in a wrongful death case: Guillermo Cruz, et al. v. J.G. Customs Forwarding, LLP, et al. Cause No. C-3687-12-A, 92nd Judicial District Court, Hidalgo County, Texas. October 22, 2014 for Alberto Guerrero of Reed, McLain & Guerrero, LLP, McAllen, Texas.

Deposition testimony re economic damages in a medical malpractice case: Marie Elaine Jimenez v. Marc Kudisch, MD. Cause No. 2013-28327, 334th District Court, Harris County, Texas. September 10, 2014 for G. Sean Jez of Fleming, Nolen & Jez, LLP, Houston, Texas.

Deposition testimony re economic damages in a medical malpractice case: James Wood v. Gregory Smith, MD. Cause No. 352-258846-12, 352nd District Court, Tarrant County, Texas. August 26, 2014 for Katy R. Klinke, RN, MSN, JD, Denton, Texas.

Trial testimony re economic damages in a personal injury case: Patricia Shooter, et al. v. Hospital Housekeeping Systems, Inc., et al. Cause No. DC-12-04928, 193rd District Court of Dallas County, Texas. July 25, 2014 for Kimberly Stovall of Stovall & Associates, PC, Dallas, Texas.

Trial testimony re economic damages in a personal injury case: Joni K. Wallace v. Elvin B Barfield. Cause No. D-1-GN-12-001175, 419th District Court of Travis County, Texas. June 13, 2014 for Robert C. Alden of Byrd, Davis Furman & Alden LLP, Austin, Texas.

Arbitration testimony re economic damages in a wrongful termination case: David Clinard v. Edward Jones & Co. LP. FINRA No. 12-04258, Financial Industry Regulatory Authority Arbitration Department. June 11, 2014 for Jeffrey E. Livingston of Livingston Howe LLP, New York, New York.

Deposition testimony re economic damages in a wrongful death case: William Thomas Frazier, as Administrator of the Estate of Cynthia Frazier, Deceased v. Baptist Health Medical Center, et al. Cause No. 60CV-2012-930, Pulaski County Circuit Court, Third Division, Arkansas. June 6, 2014 for Greg Bevel of Rochelle McCullough, Dallas, Texas.

Deposition testimony re economic damages in a medical malpractice case: The Estate of Michael Rogers, et al. v. United Regional Health Care Systems, Inc., et al. Cause No. 178,481-B, 78th Judicial District Court of Wichita County, Texas. May 29, 2014 for Mark H. Barber, Law Offices, Wichita Falls, Texas.

Deposition testimony re economic damages in a medical malpractice case: Belem Ayala, Individually, et al. v. Columbia Rio Grande Healthcare, LP et al. 370th Judicial District Court of Hidalgo County, Texas. May 28, 2014 for Robert Rush of Rush Gransee, LC, San Antonio, Texas.

Deposition testimony in a mortgage loan/reasonable income case: Aurora Bank, FSB v. Universal American Mortgage Company, LLC. Civil Action: 1:12-CV-02067-CMA-MJW, United States District Court for the District of Colorado. March 18, 2014 for Chandler Kelley of Foster Graham Milstein & Calisher, LLP, Denver, Colorado.

Deposition testimony re economic damages in a personal injury case: Rogelio Garza, Jr.; Yolanda Garza, individually and as next friend of Esmeralda Kariel Garza and Rogelio Garza, minors; Ricardo Garza; Felix Fuentes; and Daniel Medrano, Plaintiffs v. Fire & Safety Specialists, Inc.; Noble Drilling Services, Inc.; and Keppel AmFELS, LLC, Defendants. Cause No. 2012-DCL-6691-E, 357th Judicial District Court, Cameron County, Texas. March 10, 2014 for Roger Reed of Reed of McLain & Guerrero, LLP, McAllen, Texas.

Trial testimony re economic damages in a personal injury case: Marjorie Cordes v. Pavecon, Ltd. et al. Cause No. 2012-15357, 80th Judicial District Court, Harris County, Texas. March 4, 2014 for Todd Kelly of The Carlson Law Firm, Austin, Texas.

Trial testimony re economic damages in a medical malpractice case: Barbara J. Bradley et al. v. David J. Sugarbaker, MD. Civil Action No. 07-12319-MLW, United States District Court District of Massachusetts, 1st Circuit, Boston, Massachusetts. February 24, 2014 for Michael Bradley, Attorney at Law, Westerly, Rhode Island.

Deposition testimony re economic damages in a personal injury case: Rodney Wolfe, Individually and On Behalf of Tammy Wolfe, et al. v. Rockwall Regional Hospital, LLC and Texas Health Partners, et al. Cause No. 11-10633-D, 95th Judicial District Court, Dallas County, Texas. January 24, 2014 for Rodney J. Gappleberg, PC, Dallas, Texas.

Deposition testimony re economic damages in a personal injury case: Patricia Shooter, et al. v. Hospital Housekeeping Systems, Inc., et al. Cause No. DC-12-04928, 193rd Judicial District Court, Dallas County, Texas. November 8, 2013 for Kimberly Stovall of Stovall & Associates, Dallas, Texas.

Deposition testimony re economic damages and Life Care Plan Assessment in a personal injury case: Marjorie Cordes v. Pavecon, Ltd., Pavecon Management, Inc., Milton Richard Mayes, and Alan G. Gates. Cause No. 2012-15367, 80th Judicial District, Harris County, Texas. November 5, 2013 for Todd Kelly of The Carlson Law Firm, Austin, Texas.

Deposition testimony re economic damages in a medical malpractice personal injury case: John Hawkins and Brenda Hawkins and Megan Hawkins v. George W. Elias, MD, MRI Diagnostics, Inc., Joseph N. Wilson, MD, and Center for Orthopedic Surgery. District Court, Lubbock County, Texas, 237th Judicial District. August 19, 2013 for Jay Harvey of Winckler & Harvey, LLP, Austin, Texas.

Deposition testimony re economic damages in a personal injury case: Timothy Behlen v. Molly Fly. Cause No. D-1-GN-12-003640, 53rd Judicial District, Travis County, Texas. August 6, 2013 for Brian McConnell of Brian McConnell Law Firm, Austin, Texas.

Deposition testimony re economic damages in a personal injury case: Patricia Morton v. Paul Copley. Cause No. 417-00055-2012, 417th Judicial District, Collin County, Texas. July 22, 2013 for John (Lin) McCraw, III, Esq., McKinney, Texas.

Deposition testimony re economic damages in a wrongful death case: Judith Sosa Ramirez, et al. v. W.S. Steel Erection, LLC, Spaw Glass Contractors, Inc., and ESC Safety Consulting, LLC. Cause No. 2012-CI- 02940, 45th Judicial District Court of Bexar County, Texas. June 24, 2013 for Jeremy R. Wilson and Kenneth P. Trosclair of Wilson Trosclair & Lovins, Dallas, Texas.

Deposition testimony re economic damages in a personal injury case: John Barlow, Claimant v. 4M Youth Services, Inc., Respondent. JWA No. 680-A 2012, Judicial Workplace Arbitrations, Inc. May 13, 2013 for Robert Ranco of The Carlson Law Firm, Austin, Texas.

Deposition testimony re economic damages in a medical malpractice personal injury case: Joey Wright, as next of kin for K.B., a minor, Plaintiff v. United States of America, Defendant. No. CIC-12-30-320-RAW, United States District Court for the Eastern District of Oklahoma. May 7, 2013 for Sidney D. Smith, Jr. of The Edwards Law Firm, Tulsa, Oklahoma.

Deposition testimony re economic damages in a wrongful death case: Billie Hart and Kim Hart, Individually and on Behalf of the Estate of Shane Hart, Shaelyn Hart, and Kelly Daniels as Next Friend of Kiyla Marie Hart, a Minor v. Francisco R. Chavez D/B/A Chavez F. Trucking. Cause No. 79960, District Court, 40th District, Ellis County. April 25th, 2013 for Brian Mincher of Godsey Martin, PC, Dallas, Texas.

Deposition testimony re economic damages in a personal injury case: Mark B. Riegle v. U-Haul; Northside Moving Center of San Antonio; et al. Cause No. 2012-CI-01235, District Court, 407th Judicial District, Bexar County, Texas. February 19, 2013 for Israel Garcia of the Law Offices of Israel Garcia, San Antonio, Texas.

Trial testimony re economic damages in a medical malpractice personal injury case: Craig MacCraiger and Sarah MacCraiger v. Robert G. Kilbourn, MD and Steven J. Sawyer, MD. Case No. 2011 CV 94, Division 4, District Court, Montrose County, Colorado. February 8, 2013 for Paul W. Gertz, of the Law Offices of Paul Gertz, PC, Glenwood Springs, Colorado.

Deposition testimony re economic damages in a medical malpractice personal injury case: Craig MacCraiger and Sarah MacCraiger v. Robert G. Kilbourn, MD and Steven J. Sawyer, MD. Case No. 2011 CV 94, Division 4, District Court, Montrose County, Colorado. December 20, 2012 for Paul W. Gertz of the Law Offices of Paul Gertz, PC, Glenwood Springs, Colorado.

Deposition testimony re economic damages in a wrongful death case: Stacy and Reshonda Houston, et al. v. Union Pacific Corporation, et al. Case No. CV-2011-0073, United States District Court for the Western District of Oklahoma, Oklahoma City, Oklahoma. November 5, 2012 for Kelley / Witherspoon, LLP, Dallas, Texas.

Trial testimony re economic damages in a product liability wrongful death case: Teresa Hendricks v. Ford, et al. Case No. 4:2012cv00071, Texas Eastern District Court, Sherman Office. October 24, 2012 for Geoff Henley, Esq. of Henley & Henley, PC, Dallas, Texas.

Deposition testimony re economic damages in a misappropriation of work product case: Franco F. Davati v. CPE Solution, LLC. Cause No. 2011-00041, 129th Judicial District Court of Harris County, Texas. October 18, 2012 for Charles Mitchell of Naman, Howell, Smith & Lee, PLLC, Fort Worth, Texas.

Deposition testimony re economic damages in a wrongful death case: Louis Harrell, Individually and as Next Friend of Lucretia Harrell, et al. v. Weatherford Texas Hospital Company, LLC and Richard Cardenas, MD. Cause No. CV11-0215, District Court, 43rd Judicial District for Parker County, Texas. September 26, 2012 for Scott Robelen of Bailey & Gaylen, Dallas, Texas.

Deposition testimony re economic damages in a wrongful death case: Myrtle H. Waldie and Kelly Waldie v. Leandro Pecina Castillo, Statewide Trucking Corp., et al. Case No. 11-05578, 160th Judicial District Court for Dallas County, Texas. August 27, 2012 for The Corea Firm, PLLC, Dallas, Texas.

Deposition testimony re economic damages in a product liability wrongful death case: Teresa Hendricks v. Ford, et al. Case No. 4:2012cv00071, Texas Eastern District Court, Sherman Office. July 26, 2012 for Geoff Henley, Esq. of Henley & Henley, PC, Dallas, Texas.

Deposition testimony re economic damages in a personal injury case: Billy Ponder v. Chesapeake Energy Corporation, Chesapeake Operating, Inc., Chesapeake Land Company LLC, and James Donaldson. Case No. 3:10-CV-2620, United States District Court for the Northern District of Texas, Dallas Division. June 26, 2012 for Fibich, Hampton, Leebron, Briggs, Josephson LLP, Houston, Texas.

**September 28, 2016\***