

Physician Life Care Planning, LLC
11550 IH 10 West, Suite 375
San Antonio, Texas 78230
T: (866) 888-7352
F: (210) 501-0996

# RETENTION AGREEMENT

## PRODUCTS

### Life Care Plans

- Catastrophic Life Care Plans — $9,250.00
- Non-Catastrophic Life Care Plans — $4,450.00
- Counter-Party Life Care Plan Review & Analysis — $500/hour (8 hr. min.)
- Life Care Plan Updates, Narratives and/or Supplemental Reports — $500/hour (2 hr. min.)

### Medical Billing Assessments

- Medical Billing Assessment Type 1 — $1,950
  (Assessment of the medical necessity of past medical care)
- Medical Billing Assessment Type 2 — $1,950
  (Analysis and assessment of reasonableness of past medical charges)
- Medical Billing Assessment Type 3 — $3,400
  (Both Type 1 and Type 2 consolidated into a single report)

### Present Value Assessments

- Present Value Assessments of Non-Catastrophic Life Care Plans — $1,250.00
- Present Value Assessments of Catastrophic Life Care Plans — $1,750.00
- Present Value Assessment Updates or Narratives — $400/hour (2 hr. min.)

### Vocational & Loss-of-Earnings-Capacity Assessments

- Vocational / Loss of Earnings Capacity Assessments — $4,500.00
  (Including loss of household services)
- Vocational Update, Narrative and/or Supplemental Reports — $450/hour (2 hr. min.)

### Economic Damages Reports

- Economic Damages Reports — $2,500
  (For cases in which no residual earnings capacity exists)
- Economic Damages Reports — $1,950
  (For cases with residual earnings capacity (as defined in a vocational assessment))
- Economic Damage Report Updates or Narratives — $400/hour (2 hr. min)

© 2015, Physician Life Care Planning, LLC

### Record Review with Narrative

- Record Review with Narrative                                    $500/hour (5 hr. min)

### Psychological Assessments

- Psychological Assessment Reports                                $3,750
  (Includes a complete psychological assessment battery)

### Neuropsychological Assessments

- Neuropsychological Assessment Reports                           $4,500
  (Includes a complete neuropsychological assessment battery)

### Medicare Set-Aside (MSA) Allocations

- Medicare Set-Aside Report/Allocations                           $3,500

- Medicare Set-Aside Updates                                      $750

- Medicare Set-Aside Submissions                                  $1,000

### Medical Illustrations

- Library/Archival Artwork                                        Case Specific
  (Example: generic axonal shearing)

- Template-based Illustrations                                    Case Specific
  (Example: skin, skeleton, broken bones)

- Complete Custom Figure                                          Case Specific
  (Based upon photographs or original art)

- Complete Custom Body Part                                       Case Specific
  (Example: heart, neck, spine, lungs, etc.)

- Addition of Soft Tissues                                        Case Specific
  (Example: organs, nerves, vessels)

- Addition of Client Likeness                                     Case Specific
  (Example: Face/portrait from photograph)

- Addition of Colorization Inserts (each)                         Case Specific
  (Example: CT/X-ray/MRI)

### Day in the Life Videos

- Day in the Life                                                 $7,500
  (Produced in high definition; 7 – 10 minutes in length)

© 2015, Physician Life Care Planning, LLC

**Standard Delivery**

Standard delivery for Products is typically 6 – 8 weeks (subject to scheduling availability). Add 2 weeks additional lead-time for each additional product. Standard lead times for Updates, Narrative and Supplemental Reports are 2-4 weeks. ***Delivery lead times begin on the date of your execution of this Agreement.***

**Expedite Delivery Available** (subject to scheduling availability)

Level 1 Expedite (per product)     $ 1,500.00
Level 2 Expedite (per product)     $ 2,500.00
Level 3 Expedite (per product)     $ 3,500.00

**Delivery Schedule**

| Number of Products | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Standard Delivery | $\geq$ 6 weeks | $\geq$ 8 weeks | $\geq$ 10 weeks | $\geq$ 12 weeks | $\geq$ 14 weeks | $\geq$ 16 weeks |
| Level 1 Expedite | < 6 weeks | < 8 weeks | < 10 weeks | < 12 weeks | < 14 weeks | < 16 weeks |
| Level 2 Expedite | $\leq$ 4 weeks | $\leq$ 6 weeks | $\leq$ 8 weeks | $\leq$ 10 weeks | $\leq$ 12 weeks | $\leq$ 14 weeks |
| Level 3 Expedite | $\leq$ 2 weeks | $\leq$ 4 weeks | $\leq$ 6 weeks | $\leq$ 8 weeks | $\leq$ 10 weeks | $\leq$ 12 weeks |

Updates, Narratives and Supplemental Reports = Level 1 Expedite when requested with < 4 weeks lead time.

## SERVICES

### Life Care Planning

- Interview & Examination                                    $500/hour
- Sworn Testimonies (in office)                              $3,000/½ day
- Sworn Testimonies (out of town)                           $6,500/day, plus expenses
- Court Appearance (local)                                   $3,000/½ day, plus expenses
- Court Appearance (out of town)                            $6,500/day, plus expenses
- Travel (8 – 10 hours)                                      $5,000/day, plus expenses
- Additional Time in Testimony                              $750/hour
- Preparation Time (Sworn Testimony)                        $500/hour
- Meetings / Conferences (Pre-deposition & Other)           $500/hour
- Telephone Conferences                                      $125/15 min.

### Economic Evaluation

- Sworn Testimonies (in office)                              $2,000/½ day
- Sworn Testimonies (out of office, local)                  $2,000/½ day
- Court Appearance (local)                                   $2,000/½ day, plus expenses

- Court Appearance (out of town)  $4,000/day, plus expenses
- Travel (8 – 10 hours)  $4,000/day, plus expenses
- Preparation Time (Sworn Testimony)  $400/hour
- Meetings / Conferences (Pre-deposition & Other)  $400/hour
- Telephone Conferences  $100/15 min.

## Vocational & Loss of Earnings Capacity

- Independent Examination  $450/hour
- Sworn Testimonies (in office)  $2,250/½ day
- Sworn Testimonies (out of office, local)  $2,250/½ day, plus expenses
- Court Appearance (local)  $2,250/½ day, plus expenses
- Court Appearance (out of town)  $4,500/day, plus expenses
- Travel (8 – 10 hours)  $4,500/day, plus expenses
- Preparation Time (Sworn Testimony)  $450/hour
- Meetings / Conferences (Pre-deposition & Other)  $450/hour
- Telephone Conferences  $112.50/15 min.

## Psychological & Neuropsychological Assessment

- Independent Examinations  $425/hour
- Sworn Testimonies (in office)  $2,725/½ day
  (Includes Preparation Time)
- Sworn Testimonies (out of office, local)  $2,725/½ day, plus expenses
  (Includes Preparation Time)
- Court Appearance (local)  $2,725/½ day, plus expenses
  (Includes Preparation Time)
- Court Appearance (out of town)  $4,250/day plus expenses
- Travel (8 – 10 hours)  $4,250/day plus expenses
- Raw Data Charge  $100
- Preparation Time (Sworn Testimony)  $425/hour
- Meetings / Conferences (Pre-deposition & Other)  $425/hour
- Telephone Conferences  $106/15 min.

### TERMS

- **Products**: An initial non-refundable retainer of 50% of the professional fee is due upon the commencement of the engagement. The initial retainer must be received before we can guarantee our availability. The remaining 50% and any outstanding, reimbursable expenses are payable upon completion, and prior to release of any Products. All (if any) expedite fees are payable in advance.

Note: Updates for Life Care Plans, Present Value Assessments, Vocational Assessments and Economic Damages Reports require retainers, payable in advance, in the amount of the minimum times specified, e.g. Life Care Pans ($1,000), Present Value Assessments ($800), Vocational Assessments ($900); Economic Damages Reports ($800), etc.

- **Services**: Payment for Services is due in advance of the provision of Services. Payment for Depositions and Trials must be received within 7 calendar days of the date of invoice in order to guarantee the reservation of the expert's time.

- **Expenses**: You are responsible to reimburse us for all out of pocket expenses within ten (10) calendar days of your receipt of an invoice. Such expenses may include, but are not limited to postage, parking, tolls, meals, airfare, accommodation, auto rental, etc.

- **Late Payment**: Accounts not paid within the Payment Terms specified herein are subject to a 2% monthly finance charge.

- **Scheduling for Depositions & Trials** requires > four (4) weeks' notice for deposition, and ≥ six (6) weeks' notice for trials. Hold times for deposition and trial are 72 hours for confirmation.

  - Scheduling not performed within requisite lead times will affect a 25% increase in the billable rates for trial and deposition services, and requisite travel.

  - Scheduling performed within ≤ 5 business days will incur a 50% increase in the billable rates for trial and deposition services, and requisite travel.

  - Scheduling performed within ≤ 48 hours will incur a 100% increase in the billable rates for trial and deposition services, and requisite travel.

  *Please note: In the unlikely event an expert is unexpectedly notified they must attend trial at a date on which they were previously scheduled to attend an unrelated deposition, the necessities of trial will take precedence over the priorly scheduled deposition. These occurrences are extremely rare. We sincerely appreciate your understanding, as we do our best to accommodate the pressing needs of all our clients. In such cases, every effort is made to accommodate the priorly scheduled party by rescheduling their deposition at a time which is most convenient for them.*

- **Office/Home Visits** for patient interviews and examinations will be billed at the hourly rate of the professional performing such visits, e.g. $500 per hour for a life care planner, $450 per hour for a vocational specialist, etc.

- **Conference Rooms for Deposition** will be charged at cost to the client. Payment for conference room charges are due in advance of deposition.

- **Preparation Time** for depositions/trial will be billed at the hourly rate of the professional performing such preparation, e.g. $500 per hour for life care planners, $450 per hour for vocational specialists, etc.

- **Additional Records**: Medical Records associated with Life Care Plans, which are submitted later than 30 days prior to the Report Deadline, shall be incorporated into a Supplemental Report to a Life Care Plan at an additional cost of $500 per hour (regardless of the volume of the records that were originally submitted). Additional records which need to be reviewed prior to deposition or trial must be received ≤ 30 days prior to such deposition or trial in order to guarantee their review.

- **Predated Records**: Medical Records ≤ 500 pages which pre-date the primary mechanism of injury or illness will be reviewed at no additional charge. Medical Records > 500 pages which pre-date the primary mechanism of injury or illness will be reviewed at a flat fee of $500.

- **Deposition Transcripts**: Transcripts of Depositions will be reviewed at the hourly rate of the professional performing the review, e.g. $500 per hour for a life care planner, $450 per hour for a vocational specialist, etc.

© 2015, Physician Life Care Planning, LLC

- **Cancellations, Rescheduling & Missed Appointments**:

  - All cancelations for deposition and trial shall incur a 10% administration fee. No refunds will be issued for deposition or trial cancellations or rescheduling with < ten (10) business days prior notice.

  - No refunds will be issued for deposits on psychological assessments and neuropsychological assessments for cancellations or rescheduling of their associated appointments with < ten (10) business days prior notice.

  - No refunds will be issued for deposits on vocational evaluations for cancellations or rescheduling of their associated appointments with < 3 (three) business days prior notice.

  - No refunds will be issued for interviews and examinations for cancellations or rescheduling with ≤ three (3) business days prior notice.

  - Clients will be charged in full for missed appointments ("no shows") for interviews and examinations associated with Life Care Plans.

- **Electronic Records**: All medical records are required to be submitted in electronic format. Records not submitted in electronic format will incur a $250 electronic conversion fee. Should you request that physical records be returned to you courier fees will be billed to you at cost.

- **Ownership:** Upon receipt of your full payment, we grant you a limited, non-exclusive, royalty-free right to reproduce and distribute the Life Care Plan, Present Value Assessment, Vocational Assessment, Psychological Evaluation, Neuropsychological Evaluation, Medicare Set-aside Allocation, and/or Economic Report delivered to you under this Agreement solely for your use in connection with the matter for which the Product was originally developed. We retain all other rights in all of our Products.

- **Authority:** Attorney and Firm, individually and collectively, represent and warrant that each has the power and authority to enter into this Agreement and to perform the obligations hereunder. This Agreement has been duly authorized, executed and delivered by, and constitutes a valid and binding obligation of Attorney and Firm, jointly, and severally, enforceable against Attorney and Firm in accordance with its terms. Attorney and Firm also represent and warrant that the individual signing this Agreement has the right, power and authority to bind Attorney and Firm to perform the obligations hereunder.

- **No Doctor/Patient Relationship:** You expressly recognize and agree that the services performed by us will not give rise to a doctor/patient relationship between us (and/or our associate physicians, and/or other professional experts) and you (and/or your clients). The purpose of this Agreement is not to have us render medical care or treatment, nor is the purpose of this Agreement to have us render medical advice.

- **HIPAA & Privacy:** Attorney and Firm, on behalf of their client(s), acknowledge that films, images, interpretation reports, medical records, lab reports, itemized billing statements, confidential records, proprietary material, or private documents (collectively "Case Material") may constitute private or trade secret information, or Protected Health Information for purposes of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the regulations promulgated thereunder. Attorney and Firm, on behalf of, and with authorization of, their client(s), hereby authorize Physician Life Care Planning and/or its assigns to review and utilize Case Material in its work, as well as release said Case Material to other third parties necessary to perform its work on the case. Attorney and Firm acknowledge that these third parties may, or may not, be subject to

© 2015, Physician Life Care Planning, LLC

the HIPAA privacy standards. Attorney and Firm's authority to make this authorization shall expire upon dismissal, abandonment, settlement, satisfaction or judgment of Attorney's client's claim or upon termination of Attorney and Firm's representation of their client. Attorney and Firm's client(s) may revoke this authorization at any time.

- **Non-solicitation:** You agree that during the term of this Agreement and for 24 months thereafter that you shall not: (i) solicit, directly or indirectly, any of our Associate Physicians and/or other professional experts to reduce or terminate their relationship with us or (ii) solicit any of our Associate Physicians and/or other associate professional experts for employment or engagement as a consultant, or employ or engage as a consultant any of our Associate Physicians and/or other professional experts.

- **Effective Date:** The effective date of this Agreement will be retroactive to the date the Consultant first performed consulting services on the Case. Even if this Agreement is not properly executed or is lost, Attorney and Firm are jointly, severally and individually responsible to pay the reasonable value of any service performed by Physician Life Care Planning as well as any expenses incurred.

- **Termination:** Either party may at any time and without cause terminate this Agreement by giving 30 days written notice of termination to the other party. In the event of such termination, you shall pay us for all services and work product rendered and expenses incurred by us prior to the date of termination.

- **Disclaimer:** The services and work product provided hereunder will be provided in a professional and workmanlike manner. The preceding is our only warranty concerning the services and any work product, and is made expressly in lieu of all other warranties and representations, express or implied, including any implied warranties of fitness for a particular purpose, merchantability or otherwise. We make no warranty regarding the outcome of any settlement, arbitration or trial related to the subject matter of our services or work product.

- **Assignable:** Attorney agrees that the rights of PLCP to receive payment from Attorney and Firm can be assigned to a third-party. Attorney and Firm waive any objection to any such assignment and consent to any such assignment. In the event these rights are assigned, Attorney and Firm agree that the assignee will receive and be entitled to the same rights as PLCP under this Agreement.

- **Indemnification:** You shall indemnify and hold harmless us, our partners, employees, Associate Physicians and other professional experts from and against any loss, claim, damage, or liabilities (or actions in respect thereof that may be asserted by any third party) that may result from any third party claims arising out of or relating to the services, the products or any use by you of any deliverable and will reimburse us for all expenses (including counsel fees) as incurred by us in connection with any such action or claim, except to the extent any such claim (i) is finally determined to have resulted from our negligence or willful misconduct, or (ii) is not the result of any action on the part of you.

- **Limitation of Liability:** Neither party shall be liable for consequential, incidental, or punitive loss, damages or expenses (including lost profits or savings) even if it has been advised of their possible existence. The limit of our liability (whether in contract, tort, negligence, strict liability in tort or by statute, or otherwise) to you or your client or patient concerning performance or non-performance by us, or in any manner related to this Agreement, for any and all claims shall not in the aggregate exceed the fees and expenses paid by you hereunder with respect to the services or work product involved.

© 2015, Physician Life Care Planning, LLC

- **Attorneys Fees:** If a legal action or other proceeding is brought related to this Agreement, or because of an alleged dispute, breach, default, or misrepresentation in connection with any provision of this Agreement, the successful or prevailing party will be entitled to recover reasonable attorney's fees, costs and all expenses, even if not taxable as court costs, incurred in the legal action.

- **Court Filings:** If any filing is made with the Court to strike, prohibit, or challenge , including challenges to any Daubert, Frye, Rule 702 and/or similar challenges, or in any way limit any or all of the services of, or testimony of Physician Life Care Planning, its Associate Physicians and/or other Representatives and/or Experts subject to this Agreement, Attorney and Firm agree to 1) provide copies of all such documents to Physician Life Care Planning within five (5) calendar days, 2) fully, timely and completely respond in writing to such court filing, and include in such filing any and all recommendations of Physician Life Care Planning, its Associate Physicians and/or other Representatives and/or Experts, and 3) attend any and all hearings or other proceedings relating to such court filing, thereby strenuously arguing against any strike, prohibition or any other limitation, without exception, of any or all services for testimony Physician Life Care Planning, its Associate Physicians and/or other Representatives and/or Experts (including in such oral arguments any and all recommendations of Physician Life Care Planning, its Associate Physicians and/or other Representatives and/or Experts). If attorney or firm fails to adequately perform any of the obligations set out in this clause, then Physician Life Care Planning may hire attorneys of its choosing to perform such obligations and attorney and firm will indemnify and/or reimburse Physician Life Care Planning for all such fees, expenses and damages incurred including, but not limited to, attorney fees and expenses.

- **Confidentiality:** Any information disclosed by one party ("Disclosing Party") to the other party ("Recipient") in connection with this Agreement that is marked confidential or that due to its character and nature, a reasonable person under like circumstances would treat as confidential (the "Confidential Information") will be protected and held in confidence by the Recipient. Confidential Information will be used only for the purposes of this Agreement and related internal administrative purposes. Disclosure of the Confidential Information will be restricted to the Recipient's employees, contractors, or agents on a "need to know" basis in connection with the Services, who are bound by confidentiality obligations no less stringent than these prior to any disclosure. Confidential Information does not include information which: (i) is already known to the other party at the time of disclosure; (ii) is or becomes publicly known through no wrongful act or failure of the Recipient; (iii) is independently developed without use or benefit of the other's Confidential Information; or (iv) is received from a third party which is not under and does not thereby breach an obligation of confidentiality. Each party agrees to protect the other's Confidential Information at all times and in the same manner as each protects the confidentiality of its own proprietary and confidential materials, but in no event with less than a reasonable standard of care. A Recipient may disclose Confidential Information to the extent required by law, but that disclosure does not relieve Recipient of its confidentiality obligations with respect to any other party.

- **Case Records:** Physician Life Care Planning is authorized, after the case is concluded, to destroy records provided by the Attorney and/or Firm and any original papers remaining in Physician Life Care Planning's possession if the Attorney and/or Firm has not retrieved such records and any original papers within five (5) months from the date the Case is resolved or otherwise concluded or this Agreement is terminated, unless specifically instructed in writing by Attorney or Firm to the contrary. Physician Life Care Planning reserve the right, at its discretion, to maintain copies of reports or material created by or originating from the clerical and professional work performed directly by Physician Life Care Planning and any consultants engaged by it for services rendered.

- **Choice of Law and Venue:** This Agreement shall be governed by and construed in accordance with the laws of the State of Texas without giving effect to the principles of conflict of laws. The

© 2015, Physician Life Care Planning, LLC

parties hereby submit to the jurisdiction of all courts of Bexar County, Texas and hereby agree that any such court shall be a proper forum for the determination of any dispute arising hereunder.

- **Miscellaneous:**

  - You agree to promptly notify our Associate Physician and other professional experts of all parties and lawyers in the case so that they may check for conflicts of interest.

  - You shall consult with our Associate Physician and other professional experts before drafting any answers to interrogatories concerning them or their proposed testimony.

  - You agree to be available to prepare our Associate Physician and other professional experts for any testimony, as needed.

  - You shall promptly notify our Associate Physician and other professional experts regarding any settlement or final resolution of the underlying case.

  - Our Associate Physician and other professional experts shall have the right to withdraw if he or she is not provided adequate time and resources to form a well-founded opinion.

  - Necessary travel and hotel accommodations for our Associate Physician and professional experts shall be arranged by you. All flights shall be direct, and non-stop if available. Any flight $\geq 6$ hours in duration shall be business class.

  - Our Associate Physicians and other professional experts maintain the right to withdraw from any case if you breach any professional conduct rules.

  - Our Associate Physicians and other professional experts are under no duty to work for a successor law firm and you shall inform them promptly should your firm cease to be lead counsel in the matter.

[THIS SPACE LEFT INTENTIONALLY BLANK]

© 2015, Physician Life Care Planning, LLC

## CASE DETAILS

| | |
|---|---|
| Patient Name: Rickey Gann | Attorney of Record: John Batson |
| Patient's DOB: Unknown | Contact Person: Mr. John Batson<br>1104 Milledge Rd.<br>August , GA, 30914 |
| Date of Incident: 6/2/2012 | Report Deadline: 1/1/0001 |
| Case Number: 5055 - LCP | |

## SIGNATURES

**Executed to be effective as of**  7/29/2016 _____

**Attorney & Law Firm:**
**("You")**

By:  John P. Batson _____

Name:  John BATSON _____

Title:  Owner _____

**Physician Life Care Planning, LLC**
**("Us")**

By:  William L. Davenport _____

Name:  William L. Davenport _____

Title:  President & CFO _____

© 2015, Physician Life Care Planning, LLC                    Page 10 of 10